# United States Court of Appeals
## For the Eighth Circuit

_____

No. 17-2504

_____

Frederick L. Pitchford

*Plaintiff - Appellant*

v.

Joseph Boeckmann; Fred Thorne; David Henry Lofton; Jerry Eaves

*Defendants - Appellees*

_____

Appeal from United States District Court
for the Eastern District of Arkansas - Jonesboro

_____

Submitted: February 14, 2018
Filed: February 28, 2018
[Unpublished]

_____

Before COLLOTON, BOWMAN, and BENTON, Circuit Judges.

_____

PER CURIAM.

Frederick L. Pitchford appeals the district court's[1] dismissal, without prejudice, of his pro se complaint. Having jurisdiction under 28 U.S.C. § 1291, this court affirms.

_____

[1]The Honorable D. P. Marshall, Jr., United States District Judge for the Eastern District of Arkansas.

Upon de novo review of Pitchford's appellate arguments and the district court record, this court finds no basis for reversal. *See Moore v. Sims*, 200 F.3d 1170 (8th Cir. 2000) (per curiam) (pre-service dismissal under 28 U.S.C. § 1915(e)(2) is reviewed de novo).

The judgment of the district court is affirmed. *See* 8th Cir. R. 47B.

_____